## FARWELL v. STURGES.

(Circuit Court of Appeals, Seventh Circuit. January 18, 1893.)

### No. 67.

REVIEW ON APPEAL—FINDINGS OF FACT.
  In actions at law, findings of fact by the court are not reviewable on appeal. Reed v. Stapp, 3 C. C. A. 244, 52 Fed. Rep. 641, followed.

In Error to the Circuit Court of the United States for the Northern District of Illinois.

Action by Bessie M. Sturges against John V. Farwell. Plaintiff obtained judgment. Defendant brings error. Affirmed.

George F. Westover and James L. High, for plaintiff in error.
Henry S. Monroe, for defendant in error.

Before WOODS, Circuit Judge, and JENKINS and BAKER, District Judges.

PER CURIAM. In this case a jury was waived, and the court below made a special finding of the facts. The finding is in all respects supported by evidence, though in some particulars the testimony is conflicting. Questions of fact only are urged upon our consideration. It is well settled that findings of fact by the court, in cases at law, like the verdict of a jury, cannot be re-

viewed on appeal or writ of error. Reed v. Stapp, 3 C. C. A. 244, 52 Fed. Rep. 641, and cases cited. The judgment below is therefore affirmed, with interest and costs, and with 2 per cent. damages.